IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 6:18-CR-50 |
| v. | § § § § | |
| SHAUNA DONELL THOMAS (8) | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
OF FACT AND RECOMMENDATION ON GUILTY PLEA**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge K. Nicole Mitchell regarding Defendant's plea of guilty to Count 1 of the Information charging Defendant with a violation of 21 U.S.C. § 846—Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, its Salts, Isomers, and Salts of its Isomers, a Schedule II Controlled Substance.

Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed on February 26, 2019, are hereby **ADOPTED**.

It is further **ORDERED** that Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report.

1

It is finally **ORDERED** that, pursuant to Defendant's plea agreement, the Court finds Defendant, Shauna Donell Thomas, **GUILTY** of Count 1 of the Information in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against Defendant as to Count 1 of the Information.

So **ORDERED** and **SIGNED** this **26th** day of **February, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE